

RECEIVED

OCT 2 5 2017

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:17-cr-043 |
| ) | |
| v.                             ) | INDICTMENT |
| ) | |
| ANDREW J. SIMET,               ) | T. 18, U.S.C. § 875(c) |
| ) | |
| Defendant.      ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Interstate Communication of a Threat)

On or between June 17, 2017 and June 24, 2017, in the Southern District of Iowa and

elsewhere, the defendant, ANDREW J. SIMET, did transmit in interstate or foreign commerce a

communication, specifically, the defendant posted on a social media site and sent e-mails

containing language the defendant knew to be a threat, and knowing that the social media posts

and e-mail would be viewed as threats, to injure the person of another, to wit, A.D and M.E.,

employees of the State of Iowa.

This is a violation of Title 18, United States Code, Section 875(c).

**A TRUE BILL.**

^

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____

Richard E. Rothrock
Assistant United States Attorney