IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIM NO. 1:17-cr-00043-JAJ-CFB |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | REPORT AND RECOMMENDATION |
| ANDREW J. SIMET, | ) | REGARDING COMPETENCY |
| | ) | |
| Defendant. | ) | |

On August 10, 2018, a hearing was held pursuant to 18 U.S.C. §§ 4241 and 4247(d).  An order for a competency evaluation was entered April 11, 2018. (ECF 34).  Defendant was evaluated by psychologists at the Federal Bureau of Prisons, Metropolitan Detention Center, in Los Angeles, California. He returned to the Southern District of Iowa on July 20, 2018.  A Report of the forensic evaluation was filed under seal July 19, 2018.  (ECF 45).

At the hearing on August 10, 2018, the Government appeared by Assistant U.S. Attorney Richard Rothrock; Defendant appeared personally and by Federal Public Defender Michael Smart. The Government offered the report of the forensic psychologists (ECF 44) and the report of the warden (ECF 45).  Defendant had no objections to the receipt of the report.  Neither party offered additional testimony.

Based upon a review of the reports and the opinions of the psychologists, IT IS RESPECTFULLY RECOMMENDED that Defendant be found competent to proceed in this case including standing trial. The Court finds that Defendant understands the nature and consequences of the proceedings against him and is able to assist properly in his defense.

IT IS ORDERED that the parties have until August 24, 2018, to file written objections to the Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1). Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990); Wade for Robinson v. Callahan, 976 F. Supp. 1269, 1276 (E.D. Mo. 1997).

Dated this 10th day of August, 2018.

CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE