IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREW SIMET,<br><br>      Defendant. | No.  1:17cr0043-JAJ<br><br><br><br>**ORDER** |

      This matter comes before the court pursuant to the Report and Recommendation filed herein on August 10, 2018, recommending that the defendant be found competent to proceed in this case, including standing trial.  The magistrate judge found that the defendant understands the nature and consequences of the proceedings against him and is able to assist properly in his defense.  Objections to the Report and Recommendation were due August 24, 2018.  No objections have been filed.

      Upon this court's review of the July 9, 2018 forensic evaluation from Lesli Johnson and Lisa Hope, the court finds that the defendant is competent to proceed to trial and assist in his defense.

      Upon the foregoing,

      **IT IS ORDERED** that the defendant is found competent to proceed to trial.

      **DATED** this 4th day of September, 2018.

JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA