IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ANDREW SIMET,<br><br>       Defendant. | No.  1:17cr0043-JAJ<br><br><br><br>**TRIAL SETTING ORDER** |

    This matter comes before the court pursuant to a status conference held today. Richard Rothrock appeared on behalf of the government.  Michael Smart appeared on behalf of the defendant.  After discussions with counsel, trial of this matter is continued to **Monday, October 22, 2018 at 1:00 p.m.** in the United States Courthouse, Council Bluffs, Iowa.  Counsel and the defendant shall appear for a pretrial conference at 12:00 p.m. on the first day of trial and at 8:30 a.m. each morning thereafter to discuss matters likely to arise that day.

    In preparation for trial, the court states the following:

    1.    Motions challenging the admission of audio and/or videotapes shall be filed one (1) week prior to trial.  Upon filing the motion, the custodian of the recording shall immediately deliver a copy of the recording to the court for review.

    2.    Trial briefs shall be filed three (3) business days prior to trial.  Trial briefs shall contain a brief recitation of the facts of the case and identify legal issues that are in dispute.

    3.    Each party shall submit a witness list and exhibit list one (1) business day prior to trial.

    4.    A copy of all non-contraband exhibits shall be provided to the court in a tabbed, three-ringed binder on the first morning of trial.  Photographs or photocopies of

all contraband exhibits shall be provided to the court on the first morning of trial. They will be substituted for the contraband exhibits and sent with the jury during deliberations.

5. Requested proposed jury instructions must be submitted to the court one week prior to trial.

6. The parties are not required to submit proposed voir dire questions to the court prior to trial. The court will permit each side thirty (30) minutes for voir dire examination of the prospective jurors. Counsel for the government will exercise its peremptory challenges one at a time. Counsel for the defendant will exercise peremptory challenges two at a time. If counsel does not wish to exercise all of their allotted peremptory challenges, the clerk shall exercise them by removing the last non-alternate jurors from the list.

7. Closing arguments shall not exceed sixty (60) minutes per party.

8. If digital or other specially recorded images are admitted into evidence during the course of the trial, a copy shall be provided to the court in a format that can be replayed on a standard VCR or DVD player by the jury during their deliberations.

9. Any subpoenas and/or writs must be provided to the United States Marshals Service a minimum of thirty (30) days prior to the scheduled trial date.

10. It is defense counsel's responsibility to ensure that the defendants have suitable street clothes to wear at the time of trial. **The clothes shall be delivered to the US Marshal's Office, United States Courthouse, Council Bluffs, Iowa, at least one (1) business day prior to trial. If family members are providing the clothing, they too must do so one (1) business day prior to trial, again delivering them to the US Marshal's Office, United States Courthouse, Council Bluffs, Iowa.**

11. For the defendant to be assured of receiving the third level off for acceptance

of responsibility, any guilty plea needs to be **entered** at least **two (2) weeks** prior to trial.

**DATED** this 5th day of September, 2018.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA