## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA

vs.                                             Case Number:   1:17-cr-00043

Andrew J. Simet

### NOTICE REGARDING ENTRY OF A PLEA OF GUILTY

In the event the Defendant decides at any time before trial to enter a plea of guilty, a United States Magistrate Judge is authorized by L. Cr. R. 11, with the consent of the Defendant and the United States of America to conduct the proceedings required by Rule 11, Fed. R. Crim. P. incident to the plea.  If, after conducting such proceedings, the United States Magistrate Judge recommends that the plea of guilty be accepted, a pre-sentence investigation and report will ordered pursuant to Rule 32, Fed. R. Crim. P.  The assigned United States District Judge will then act on the United States Magistrate Judge's Report and Recommendation, and, if the plea of guilty is accepted, will adjudicate guilt, and the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

### CONSENT

I hereby declare my intention to enter a plea of guilty in the above case, and I consent to a United States Magistrate Judge conducting the proceedings required by Rule 11, Fed. R. Crim. P., incident to the plea.  I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

_____          _____10-1-18_____
Defendant                                         Date

_____          _____10-1-2018_____
Defendant's Attorney                              Date

On behalf of the United States of America, I hereby request and consent to a United States Magistrate Judge conducting the proceedings required by Rule 11, Fed. R. Crim. P., incident to the above-listed Defendant entering a plea of guilty.  It is understood that if the Defendant's plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement that may have been entered into, and will adjudicate guilt and impose sentence thereafter.

UNITED STATES OF AMERICA

By: _____          Date: _____10-1-18_____