# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## WESTERN DIVISION

___

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 1:17-CR-043** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| **ANDREW SIMET,** | ) | **LEAVE TO FILE SENTENCING** |
| **Defendant.** | ) | **MEMORANDUM AND** |
| | | **EXHIBITS UNDER SEAL** |

___

COMES NOW, Defendant, Andrew Simet, through counsel, and moves this court, pursuant to LR 5(c) to issue an order allowing the defendant to file his sentencing memorandum and exhibits under seal as they contain personal information.

WHEREFORE, defendant prays that this motion be granted and the defendant be allowed to file his sentencing memorandum and exhibits under seal.

/s/ Michael L. Smart
MICHAEL L. SMART, ATTORNEY FOR DEFENDANT

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101
712-352-0552
Alt phone: 712-252-4158
Email: Mike_Smart@fd.org
Alt email: Annette_Torgerson@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/ Annette Torgerson

cc via ECF: AUSA