## United States District Court for the Southern District of Iowa

Presiding: Honorable
Criminal No.                                                    : Clerk's Court Minutes – Sentencing
_____
UNITED STATES OF AMERICA VS.
_____
Gov. Atty(s):                               :   Indictment     Superseding Indictment     Information
Def. Atty(s):                               : In     Count(s) – Code Violation:
Court Reporter:                             :
Interpreter:                                :
_____

Date:                                       :
Time Start:        Time End:                :
_____
    Defendant reaffirmed guilty plea to Count(s)            :   Court adopted findings of Final PSR
    Jury     Court guilty verdict to Count(s)                :   Final PSR as amended
_____
Minutes:




_____
Sentence Imposed:





                                                                _____
                                                                Deputy Clerk